UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

September 25, 2009

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:09MJ00278-GGH |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| JONATHAN TODD FARRELL, ) | |
| ) | |
| Defendant. ) | |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release _JONATHAN TODD FARRELL_ , Case No.

_2:09MJ00278-GGH_ , Charge _21USC § 846, 841(a)(1)_ , from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     Release on Personal Recognizance

     Bail Posted in the Sum of $_____ _____

       Unsecured Appearance Bond

       Appearance Bond with 10% Deposit

       Appearance Bond with Surety

       Corporate Surety Bail Bond

      ✔ (Other)   _Pretrial conditions as stated on the record._

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _September 25, 2009_ at _2:00 pm_ .

          By  /s/ Gregory G. Hollows

            Gregory G. Hollows
            United States Magistrate Judge

Copy 5 - Court