UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

JONATHAN TODD FARRELL,

        Defendant.
_____/

No. 09-CR-0426

STIPULATION TO EXTEND TIME FOR POSTING PROPERTY BOND BY ONE ADDITIONAL WEEK TO OCTOBER 30, 2009

    IT IS HEREBY STIPULATED between the parties that the notorized deeds for the two properties that are to be posted with the Court as well as the other documents necessary to post the property bond to secure defendant JONATHAN TODD FARRELL's pretrial release have been reviewed and approved by Assistant United States Attorney Michael Beckwith.  The documents were approved on October 23, 2009.

    IT IS FURTHER STIPULATED between the parties that the deeds will be recorded by defendant Farrell forthwith, however, as the two properties are located out of county, the recording of the deeds and the filing with the Court cannot be accomplished today.  Defendant Farrell will promptly record and file the necessary documents and it is anticipated that the posting of the two properties will be accomplished early the week of October 26, 2009.

ACCORDINGLY, IT IS HEREBY STIPULATED between the parties that the time for defendant JONATHAN TODD FARRELL to post the property bond with this Court in order to secure his pretrial release shall be extended by one week from October 23, 2009, to October 30, 2009.

IT IS SO STIPULATED.

/S/ZENIA K. GILG
ZENIA K. GILG
Attorneys for Defendant
JONATHAN TODD FARRELL
Dated: October 23, 2009

/S/MICHAEL BECKWITH
MICHAEL BECKWITH
Assistant U.S. Attorney
Dated: October 23, 2009

**IT IS SO ORDERED**.

Dated: October 26, 2009

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
U.S.D.C. Magistrate Judge

farrell.eot