```
ZENIA K. GILG, SBN 171922
809 Montgomery Street, 2nd Floor
San Francisco CA 94133
Telephone: 415/394-3800
Facsimile: 415/394-3806

Attorneys for Defendant
JONATHAN FARRELL
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JONATHAN FARRELL,<br><br>        Defendant.<br>_____/ | No. 09-CR-0426<br><br>STIPULATION AND ORDER<br>TO RESCHEDULE THE<br><u>STATUS CONFERENCE</u> |

   THE PARTIES HEREBY STIPULATE AND AGREE that the status conference presently set for March 5, 2010, shall be continued to March 26, 2010.

   It is further stipulated and agreed between the parties that the time be excluded until the requested hearing date on March 26, 2010.  The basis for the exclusion of time under the Speedy Trial Act to is provide the undersigned counsel with the reasonable time necessary for effective representation, pursuant to 18 U.S.C. section 3161(h)(8)(B)(iv) and Local Code T4.

1

1  /S/MICHAEL BECKWITH           /S/ZENIA K. GILG
   MICHAEL BECKWITH              ZENIA K. GILG
2  Assistant U.S. Attorney       Attorney for Defendant
   Dated:  March 3, 2010         Dated: March 3, 2010

**IT IS SO ORDERED.**

Dated:  March 4, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

2