BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. S-09-426-GEB |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| ) | CONTINUING STATUS CONFERENCE AND |
| v. ) | EXCLUDING TIME |
| ) | |
| JONATHAN TODD FARRELL ) | |
| ) | |
| Defendants. ) | Hon. Garland E. Burrell |

The parties request that the status conference currently set for March 26, 2010, be continued to April 30, 2010, and stipulate that the time beginning March 26, 2010, and extending through April 30, 2010, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

The parties need additional time for preparation. Therefore, the parties have agreed and respectfully request that

1

1 the Court set the date of April 30, 2010, for the status
2 conference.
3     The parties stipulate and agree that the interests of
4 justice served by granting this continuance outweigh the best
5 interests of the public and the defendants in a speedy trial.
6 18 U.S.C. § 3161(h)(7)(A).

                                      Respectfully Submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

Dated: March 24, 2010         By:/s/ Michael M. Beckwith
                                      MICHAEL M. BECKWITH
                                      Assistant U.S. Attorney

Dated: March 24, 2010         By:/s/ Zenia Karen Gilg
                                      ZENAIA KAREN GILG
                                      Attorney for defendant
                                      JONATHAN TODD FARRELL

**ORDER**

For the reasons stated above, the status conference for defendant, Jonathan Todd Farrell in case number CR. S-09-0426-GEB, currently set for March 26, 2010, is continued to April 30, 2010; and the time beginning March 26, 2010, and extending through April 30, 2010, is excluded from the calculation of time under the Speedy Trial Act for effective defense preparation. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  March 25, 2010

GARLAND E. BURRELL, JR.
United States District Judge