1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,

10          Plaintiff,              No.  2:09-CR-0426-GEB GGH

11     v.                          STIPULATION TO TEMPORARILY
                                    RELEASE PROPERTY LOCATED AT
12  JONATHAN TODD FARRELL,          17227 SKYLAND ROAD NEVADA CITY,
                                    CALIFORNIA
13          Defendant.

14  _____/

15          IT IS HEREBY STIPULATED between the parties that the

16  property located at 17227 Skyland Road, Nevada City, California,

17  may be reconveyed to Rachel S. Farrell for a period of sixty

18  (60) days.  This property, as well as property located at 1908

19  North Beale Street, Marysville, California, has been posted with

20  this Court in consideration for the release of defendant

21  JONATHAN TODD FARRELL, in the above entitled case.

22          The bond in the amount of $220,000 was secured by the

23  following properties owned by defendant's mother, Rachel

24  Farrell:

25          1.  1908 North Beale Street, Marysville, California 95901:

26          2.  17227 Skyland Road, Nevada City, California 95959

27          The available equity in the North Beale Street property

28  was determined to be $204,810.12, and the available equity in

    the Skyland Road property was determined to be $363,168.  Thus,

1 the property bond would be sufficiently secured even if there is

2 a temporary reconveyance of the Skyland Road property.

3        The parties have agreed to this temporary reconveyance in

4 order to allow the property owner, Rachel Farrell, to refinance

5 an existing loan pending against the North Beale Street property

6 and secured by the Skyland Road property.

7        IT IS SO STIPULATED.

8 /S/ZENIA K. GILG                    /S/MICHAEL BECKWITH
   ZENIA K. GILG                       MICHAEL BECKWITH
9 Attorneys for Defendant             Assistant U.S. Attorney
   JONATHAN TODD FARRELL               Dated: May 21, 2010
10 Dated: May 21, 2010

11

12        **IT IS SO ORDERED.**

          Dated:May 27, 2010
13

14                                    /s/ Gregory G. Hollows
                                      _____
15                                    GREGORY G. HOLLOWS
   farrell.ord                        U.S.D.C. Magistrate Judge
16

17

18

19

20

21

22

23

24

25

26

27

28