1  ZENIA K. GILG, SBN 171922
   809 Montgomery Street, 2nd Floor
2  San Francisco CA 94133
   Telephone: 415/394-3800
3  Facsimile: 415/394-3806

4  Attorneys for Defendant
   JONATHAN FARRELL

5

6

7

8                     UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,

12           Plaintiff,              No. 2:09-CR-0426-GEB

13                                   STIPULATION AND [PROPOSED]
        v.                           ORDER TO RESCHEDULE THE
14                                   STATUS CONFERENCE

15 JONATHAN FARRELL,

16           Defendant.

17 _____/

18

19      THE PARTIES HEREBY STIPULATE AND AGREE that the status
20 conference presently set for May 13, 2011, shall be continued to
21 June 24, 2011.
22      It is further stipulated and agreed between the parties
23 that time be excluded until the requested hearing date on June
24 24, 2011.  Since the last hearing in this matter, theparties
25 have engaged in discussions in an effort to reach a negotiated
26 disposition but require additional time to continue this
27 process.  The basis for the exclusion of time under the Speedy
28 Trial Act to is provide the undersigned counsel with reasonable

                                 1

time necessary for effective representation, pursuant to 18 U.S.C. section 3161(h)(8)(B)(iv) and Local Code T4.

Respectfully Submitted,

/S/MICHAEL BECKWITH  
MICHAEL BECKWITH  
Assistant U.S. Attorney  
Dated: May 11, 2011

/S/ZENIA K. GILG  
ZENIA K. GILG  
Attorney for Defendant  
Dated: May 11, 2011

**IT IS SO ORDERED.**

Dated:  May 12, 2011

GARLAND E. BURRELL, JR.  
United States District Judge