ZENIA K. GILG, SBN 171922
809 Montgomery Street, 2nd Floor
San Francisco CA 94133
Telephone: 415/394-3800
Facsimile: 415/394-3806

Attorneys for Defendant
JONATHAN FARRELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JONATHAN FARRELL,

      Defendant.
_____/

No. 2:09-CR-0426-GEB

STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE THE STATUS CONFERENCE

    THE PARTIES HEREBY STIPULATE AND AGREE that the status conference presently set for June 24, 2011, shall be continued to July 1, 2011.

    It is further stipulated and agreed between the parties that time be excluded until the requested hearing date on July 1, 2011.  A plea agreement has recently been provided which is presently under consideration; however, counsel for defendant would like additional time to consult with her client and discuss some of the agreement provisions with AUSA Michael Beckwith.  In addition, defense counsel has a conflict on June

1

24, 2011, in that she is scheduled to conduct a preliminary hearing on June 24th in the case of <u>People v. Jerry Hessinger and Justin Dargen</u>, Sacramento County Case number Case No. 11F01996.

The basis for the exclusion of time under the Speedy Trial Act to is provide the undersigned counsel with reasonable time necessary for effective representation, pursuant to 18 U.S.C. section 3161(h)(7)(A) and (B)(iv) and Local Code T4.

Respectfully Submitted,

/S/MICHAEL BECKWITH               /S/ZENIA K. GILG
MICHAEL BECKWITH                  ZENIA K. GILG
Assistant U.S. Attorney           Attorney for Defendant
Dated: June 17, 2011              Dated: June 17, 2011

**IT IS SO ORDERED.**

Dated:  July 1, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

2