ZENIA K. GILG, SBN 171922
809 Montgomery Street, 2nd Floor
San Francisco CA 94133
Telephone: 415/394-3800
Facsimile: 415/394-3806

Attorneys for Defendant
JONATHAN FARRELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JONATHAN FARRELL,

    Defendant.
_____/

No. 2:09-CR-0426-GEB

STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE THE STATUS CONFERENCE

    The parties request that the status conference currently set for August 26, 2011, be continued to September 16, 2011, and stipulate that the time beginning August 26, 2011, and extending through September 16, 2011, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

1

1  The parties are in the process of discussing and
2 negotiating a resolution to this case.  However, the defendant
3 will need time to consider any offer made by the government in
4 light of the discovery.  As such, the attorneys need more time
5 to prepare, which will include reviewing discovery, considering
6 new evidence that may affect the disposition of this case,
7 conducting necessary legal research and investigation, and
8 deciding how to proceed.
9  The parties stipulate and agree that the interests of
10 justice served by granting this continuance outweigh the best
11 interests of the public and the defendant in a speedy trial.  18
12 U.S.C. § 3161(h)(7)(B)(iv).
13
14                                         Respectfully Submitted,
15 Dated: August 24, 2011          By:/S/ZENIA K. GILG
                                     ZENIA K. GILG
16                                   Attorney for defendant
                                     Jonathan Farrell
17
18 Dated: August 24, 2011          By:/S/ MICHAEL M. BECKWITH
                                     MICHAEL M. BECKWITH
19                                   Assistant U.S. Attorney
20
21
22                              **ORDER**
23  For the reasons stated above, the status conference in case
24 number 2:09-CR-0426-GEB, currently set for August 26, 2011, is
25 continued to September 16, 2011; and the time beginning August
26 26, 2011, and extending through September 16, 2011, is excluded
27 from the calculation of time under the Speedy Trial Act for
28 effective defense preparation.  The Court finds that interests

                                    2

of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

Dated:  August 25, 2011

GARLAND E. BURRELL, JR.
United States District Judge