BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-CR-00426-GEB |
| Plaintiff, | |
| | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| JONATHAN TODD FARRELL, | |
| Defendant. | |

Based upon the plea agreement and the stipulation and application for preliminary order of forfeiture entered into between plaintiff United States of America and defendant Jonathan Todd Farrell, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.  Pursuant to 21 U.S.C. § 853(a), defendant Jonathan Todd Farrell's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a)  A sub *res* in the amount of $35,000 in lieu of the real property located at 18352 North Canyon Road, Nevada City, California, Nevada County APN: 61-080-45;

1         b)    Real property located at 20630 Pleasant Valley
2                 Road, French Corral, California, Nevada County
                APN: 30-150-22; and

3         c)    Real property located at 17898 Highway 49,
4                 Camptonville, California, Yuba County
                APN: 054-240-009.

5 The sub *res* shall be paid at least seven days prior to
6 sentencing. If the sub *res* of $35,000 is not paid seven days
7 prior to sentencing, then Jonathan Todd Farrell forfeits all of
8 his right, title, and interest in the real property located at
9 18352 North Canyon Road, Nevada City, California, Nevada County
10 APN: 61-080-45.

11     Defendant Jonathan Todd Farrell shall send the $35,000 sub
12 *res* in the form of a cashier's check, payable to the U.S.
13 Marshals Service, to the following address: U.S. Attorney's
14 Office, Asset Forfeiture Unit, 501 I Street, Suite 10-100,
15 Sacramento, California 95814. Said funds shall be held by the
16 U.S. Marshals Service pending further order of the Court.

17     2.  The above-listed property constitutes or was derived
18 from proceeds obtained, either directly or indirectly, and/or was
19 property used, or intended to be used, in any manner or part, to
20 commit, or to facilitate the commission of a violation of 21
21 U.S.C. § 841(a)(1).

22     3.  Pursuant to Rule 32.2(b), the Attorney General (or a
23 designee) shall be authorized to seize the above-listed property.
24 The aforementioned property shall be seized and held by the U.S.
25 Marshals Service, in its secure custody and control.

26     4.  a.  Pursuant to 21 U.S.C. § 853(n) and Local Rule 171,
27 the United States shall publish notice of the order of
28 forfeiture. Notice of this Order and notice of the Attorney

General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

  b.  This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

 5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be addressed.

Dated:  February 28, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge