ZENIA K. GILG, SBN 171922
809 Montgomery Street, 2nd Floor
San Francisco CA 94133
Telephone: 415/394-3800
Facsimile: 415/394-3806
zenia@jacksonsquarelaw.com

Attorney for Defendant
JONATHAN TODD FARRELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JONATHAN TODD FARRELL,<br><br>    Defendant.<br>_____/ | No. 09-CR-0426<br><br>STIPULATION FOR ORDER EXTENDING DATE FOR POST CONVICTION SURRENDER TO THE BUREAU OF PRISONS<br><br>Honorable Judge Garland E. Burrell Jr. |

IT IS HEREBY STIPULATED between the parties that the date on which defendant, JONATHAN TODD FARRELL, must self surrender to the Bureau of Prisons to serve his one year and a day sentence be extended from November 26, 2012, to December 27, 2012. This request is predicated on the Declaration of counsel, Zenia K. Gilg, filed on November 16, 2012.

IT IS SO STIPULATED.

/S/ZENIA K. GILG
ZENIA K. GILG
Attorney for Defendant
JONATHAN TODD FARRELL
Dated: November 21, 2012

/S/MICHAEL BECKWITH
MICHAEL BECKWITH
Assistant U.S. Attorney
Dated: November 21, 2012

**IT IS SO ORDERED.**

Dated: November 21, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge