ZENIA K. GILG #171922
1505 Bridgeway #10
Sausalito CA 94965
Telephone: 415/324-7071

Attorney for Defendant
JONATHAN FARRELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR 09-426 GEB |
| v. | EX PARTE REQUEST AND [PROPOSED] ORDER TO EXONERATE |
| JONATHAN FARRELL, | <u>BOND AND RETURN COLLATERAL</u> |
| Defendant. _____/ | |

  COMES NOW defendant, through counsel, and hereby requests that bail be exonerated in this matter and that real property posted to secure bail in this matter be reconveyed.

  In support of said request, counsel declares:

  It has come to counsel's attention that the real property posted as collateral has never been returned. Defendant JONATHAN

1

FARRELL entered into a plea agreement on or about January 13, 2012, has served his sentence, and his supervised release has been terminated.  Therefore, bail is no longer required in this matter.

It is respectfully requested that bail be exonerated and the clerk of the court be directed to reconvey the real properties posted as follows:

Trustor: RACHEL S. FARRELL

Property addresses:

    1908 North Beale Street
    Marysville CA 95901

    17227 Skyland Road
    Nevada City CA 95959

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration is executed on August 6, 2015, at San Francisco, California.

                                      /s/ ZENIA K. GILG
                                      ZENIA K. GILG

## ORDER

Upon the request of defendant and good cause appearing,

IT IS HEREBY ORDERED that bail is exonerated in this matter

and the clerk of the court is ordered to reconvey the properties and return the collateral to the property owner.

Dated: August 6, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge